IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MADKINS, et al., | ORDER TO TRANSFER ACTION TO SACRAMENTO DIVISION |
| Plaintiffs, | |
| | CASE NO. 1:09cv1999 OWW DLB |
| vs. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **December 14, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1